01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

           Plaintiff,

   v.

SIX UNKNOWN NAMES AGENTS, *et al*.,

           Defendants.

Case No. C13-2099-MJP-MAT

REPORT AND RECOMMENDATION

The Court is in receipt of a civil rights complaint filed by Young Yil Jo, a frequent litigant in this Court. No filing fee or application to proceed with the action *in forma pauperis* was submitted in conjunction with the complaint. Typically, the Court would address such deficiencies by directing a letter to plaintiff advising him of the deficiencies and providing him an opportunity to correct them. However, the Court has done this in many prior cases filed by Mr. Jo and Mr. Jo consistently fails to respond to the letters.

It is time consuming for the Court, and ultimately fruitless, to attempt to obtain from plaintiff the documentation necessary to perfect the submission and permit the case to proceed.

REPORT AND RECOMMENDATION
PAGE - 1

Moreover, even if plaintiff were to pay the filing fee or submit an appropriate application to proceed *in forma pauperis*, the proposed complaint states no cause of action. In fact, the complaint is incomprehensible, fails to set forth sufficient facts to state any claim for relief, and does not appear to involve any acts committed in this federal district.

For these reasons, this Court recommends that this action be dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the complaint fails to state a claim upon which relief may be granted and is frivolous.

Any objections to this recommendation must be filed with the Clerk within **twenty-one (21) days** of the date on which this recommendation is signed. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 20, 2013**.

DATED this 27th day of November, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2